736 A.2d 522

CAMDEN COUNTY ENERGY RECOVERY ASSOCIATES, ETC., PLAINTIFF–MOVANT, v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, ET AL., DEFENDANTS–RE-SPONDENTS.

July 16, 1999.

Leave to appeal is granted.

736 A.2d 523

CAMDEN COUNTY ENERGY RECOVERY ASSOCIATES, ETC., PLAINTIFF–RESPONDENT v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, ET AL., DEFENDANT–RESPONDENT.

July 16, 1999.

Leave to appeal is granted.